JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6840
    Facsimile: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-0242 JSW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| BRUCE LEE MARSHALL, a.k.a. ) FRANCOIS DELACROIX, ) | |
|     Defendant. ) | |

On May 7, 2009, the parties in this case appeared before the Court for a status hearing. At that time, the Court set the date for a further status conference and trial setting for June 4, 2009, at 2:30 p.m. The parties agreed to exclude for this period any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, including review of discovery recently produced to the defendant. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). At the hearing, the Court determined that time was properly excluded on this basis. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public

STIP. & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCL.TIME
CR 09-0242 JSW    1

1  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

2  　　　In addition, the parties respectfully request that the date for the further status hearing be
3  changed from June 4, 2009 to June 11, 2009.  The parties request this change because defense
4  counsel is unavailable on June 4 because of a medical issue.  The parties also request that the
5  exclusion of time from May 7, 2009 be continued through June 11, 2009.

6

7  SO STIPULATED:
　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
8  　　　　　　　　　　　　　　　　　　　United States Attorney

9
DATED: May 8, 2009                    　　／s／
10  　　　　　　　　　　　　　　　　　　　KEVIN J. BARRY
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
11
DATED: May 8, 2009                    　　／s／
12  　　　　　　　　　　　　　　　　　　　DANIEL P. BLANK
　　　　　　　　　　　　　　　　　　　Attorney for BRUCE LEE MARSHALL
13

14
　　　　　　　　　　　　　　[PROPOSED] ORDER
15
16  　　　For the reasons stated above and discussed at the May 7, 2009 hearing, the Court finds
17  good cause to change the date for a further status hearing from June 4, 2009 to June 11, 2009.
18  The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the
19  period from May 7, 2009 through June 11, 2009 is warranted and that the ends of justice served
20  by the continuance outweigh the best interests of the public and the defendant in a speedy trial.
21  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny
22  counsel for the defendant and for the government the reasonable time necessary for effective
23  preparation, taking into account the exercise of due diligence, and would result in a miscarriage
24  of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

25  　　　IT IS SO ORDERED.

26  DATED: May 8, 2009                    　　　　　　／s／ Jeffrey S. White
27  　　　　　　　　　　　　　　　　　　　THE HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　United States District Judge
28

STIP. & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCL.TIME
CR 09-0242 JSW                                                                   2